IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Alfonzo Bernard Richardson, #271264, ) | C/A NO. 0:09-2799-CMC-PJG |
| Petitioner, ) | |
| ) | **OPINION and ORDER** |
| v. ) | |
| A.J. Padula, Warden Lee County ) Correctional Institution, ) | |
| Respondent. ) | |

This matter is before the court on Petitioner's motion for reconsideration. Dkt. # 50 (filed Sept. 13, 2010). Petitioner wants this court to "specifically address Ground Two and Ground Three of his objection[s] . . . ." Mot. at 1.

This court specifically conducted a *de novo* review of the record of this matter, considered the applicable law, the Report and Recommendation of the Magistrate Judge, and Petitioner's objections. Opinion and Order at 2 (Dkt. # 45, filed Aug. 26, 2010). Petitioner's objections were repetitive of the arguments made in response to Respondent's motion for summary judgment, which had been addressed by the Magistrate Judge. Therefore, in adopting the Report except as modified, Petitioner's objections were rejected. In adopting the Report of the Magistrate Judge, this court found Petitioner's objections to be without merit.

Petitioner's motion for reconsideration is, therefore, **denied**.

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
September 20, 2010