IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Alfonzo Bernard Richardson, #271264, | ) | C/A NO. 0:09-2799-CMC-PJG |
| | ) | |
| Petitioner, | ) | |
| | ) | **OPINION and ORDER** |
| v. | ) | |
| | ) | |
| A.J. Padula, Warden Lee County Correctional Institution, | ) ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

This matter is before the court on Petitioner's second motion for reconsideration. Dkt. # 58 (filed Sept. 29, 2010).

As noted in the Order denying Petitioner's first motion for reconsideration, the court adopted the Report as to Grounds Two and Three and rejected Petitioner's objections. Therefore, the discussion in the Report of Grounds Two and Three were specifically adopted and incorporated in the Order and have been fully addressed.

Petitioner's second motion for reconsideration is, therefore, **denied**.

**IT IS SO ORDERED.**

                                               s/ Cameron McGowan Currie
                                               CAMERON McGOWAN CURRIE
                                               UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
October 18, 2010